**NOT FOR PUBLICATION**

```
                 UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL 27 ANNUITY, HEALTH & WELFARE, EDUCATION & UNEMPLOYMENT FUNDS, et al., | CIVIL ACTION NO. 11-4234 (MLC) |
| Plaintiffs, | **O P I N I O N** |
| v. | |
| AMERICAN AIR SYSTEMS GROUP, INC., | |
| Defendant. | |

**THE CLERK OF THE COURT** entered default against the defendant pursuant to Federal Rule of Civil Procedure ("Rule") 55(a). (See unnumbered dkt. entry following dkt. entry no. 11.) The plaintiffs now move under Rule 55(b) for entry of judgment by default against the defendant. (Dkt. entry no. 12.) The motion is unopposed, even though the return date was more than one week ago. (Id.) The motion will be granted. For good cause appearing, the Court will issue an appropriate order and judgment.

```
                              s/ Mary L. Cooper
                         MARY L. COOPER
                         United States District Judge
```

Dated: April 11, 2012